ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2713
Fax (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
VICTOR MARTINEZ,                 :
                                 :
              Plaintiff,         :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :   08 Civ. 1258 (RJS)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from April 11, 2008

to and including June 10, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
       March /8 , 2008

        LEGAL SERVICES OF THE
          HUDSON VALLEY
        Attorneys for Plaintiff

By: _____
    MARY E. MAHONEY, ESQ.
    90 Maple Avenue
    White Plains, New York  10601
    Telephone No: (914)949-1305

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE