UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
VICTOR MARTINEZ,                        :   **AMENDED**
                                            **BRIEFING SCHEDULE**
            Plaintiff,                  :

       - v. -                           :   08 Civ. 1258 (RJS)

                                        :
MICHAEL J. ASTRUE,
Commissioner of Social Security,        :

            Defendant.                  :
- - - - - - - - - - - - - - - - - - - -x

   Defendant having filed his answer to the complaint on June 10, 2008,

   IT IS HEREBY ORDERED that:

   1. Defendant's motion for judgment on the pleadings shall be served and filed on or before September 5, 2008;

   2. Plaintiff's response to the motion and any cross-motion shall be served and filed on or before October 10, 2008;

   3. Defendant's response and reply shall be served and filed on or before October 24, 2008; and

   4. Plaintiff's reply shall be served and filed on or before November 7, 2008.

SO ORDERED:

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08